UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DUANE LAVON BERRY, | ) | No. CV 11-3998-VBF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| YATES, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 04/18/2013

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE